IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SIMEON DETERVILLE, A# 096006089**

    **Petitioner,**

**vs.**                                                     **CASE NO. 4:14cv484-RH/CAS**

**ERIC H. HOLDER,**

    **Respondent.**

_____/

## REPORT AND RECOMMENDATION

On September 17, 2014, Petitioner, proceeding pro se, filed a letter which was liberally construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Docs. 1, 3.  Petitioner indicated he had been detained by Homeland Security for more than a year and he sought release from detention on an order of supervision.  Doc. 1. However, Petitioner did not utilize the proper form for filing a habeas petition, and did not indicate when a final order of removal had been entered.  *Id.*  Furthermore, Petitioner did not pay the $5.00 filing fee or, alternatively, file a motion seeking leave to proceed in forma pauperis.  Thus, an Order was entered directing Petitioner to correct those deficiencies.  Doc. 3.  Petitioner's deadline for doing so was October 22, 2014.  *Id.* As of this date, nothing has been received from Petitioner indicating his desire to continue this case.

Petitioner was advised that if he failed to comply with that Order, a recommendation might be made to dismiss this case.  Doc. 3 at 2.  Because Petitioner did not comply after having been warned of the consequences, this petition should be dismissed without prejudice.

When the prior Order was sent to Petitioner at the Wakulla County Jail, Petitioner was provided the appropriate forms for filing a habeas petition and requesting in forma pauperis status.  Should Petitioner later decide to pursue habeas remedies which may be available to him, Petitioner may initiate a new case.  This case, however, should now be dismissed.

In light of the foregoing, it is respectfully **RECOMMENDED** that Petitioner's petition for writ of habeas corpus, doc. 1, be **DISMISSED without prejudice** for failure to comply with a Court Order and failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on October 30, 2014.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:14cv484–RH/CAS